No. 23-4019

# United States Court of Appeals for the Sixth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

PHILLIP DURACHINSKY,

*Defendant-Appellant.*

### MOTION TO WITHDRAW AS COUNSEL ON APPEAL

Christian J. Grostic moves to withdraw as counsel for Defendant-Appellant Phillip Durachinsky on appeal.

Under Sixth Circuit Rule 12, counsel may file a motion to withdraw with a statement of reasons why it would be "unethical, unfair, or unreasonable" for him to continue to represent the defendant, with proof of service to the defendant and a notice that he has 14 days to file a response. *See* 6th Cir. R. 12(c)(1)(D). Mr. Durachinsky has filed a pro se notice of appeal from orders finding him incompetent to stand trial and committing him to the custody of the Attorney General to determine if he can be restored. *See* R. 184, Order, PageID #1478; R. 185, Order, PageID #1481, R. 186, Pro Se Notice of Appeal, PageID #1483.

Counsel raised the issue of Mr. Durachinsky's competency below and advocated for the orders that Mr. Durachinsky now wishes to contest on appeal, as was counsel's duty. *See, e.g., Wisconsin v. Johnson*, 395 N.W.2d 176 (Wis. 1986) (holding trial counsel ineffective for failing to raise issue of defendant's competency). It would therefore be unreasonable for counsel to represent Mr. Durachinsky as he attempts to appeal orders that counsel advocated for below. Counsel will continue to represent Mr. Durachinsky in the trial court through competency proceedings and, if he is restored to competency, through trial, but asks to withdraw as counsel on appeal and permit Mr. Durachinsky to proceed through separate counsel or pro se.

Following Rule 12, counsel is serving a copy of this motion on Mr. Durachinsky. This motion also serves as his notice under Rule 12 that, if Mr. Durachinsky wishes to file a response, he has 14 days from service to do so.

For all of these reasons, counsel requests that the Court grant his motion to withdraw as counsel for Mr. Durachinsky on appeal.

    Respectfully submitted,

    STEPHEN C. NEWMAN
    Federal Public Defender
    Ohio Bar: 0051928

    /s/ Christian J. Grostic
    CHRISTIAN J. GROSTIC
    Ohio Bar: 0084734
    1660 W. 2nd Street, Suite 750
    Cleveland, OH 44113
    Telephone: 216.522.4856

        Facsimile:   216.522.4321
        Email:       christian_grostic@fd.org

*Counsel for Defendant-Appellant Phillip Durachinsky*

## CERTIFICATE OF COMPLIANCE

I certify that this motion contains 304 words.

                                      /s/ Christian J. Grostic
                                      Christian J. Grostic

                                      *Counsel for Defendant-Appellant Phillip Durachinsky*

## CERTIFICATE OF SERVICE

I certify that on this 27th day of December, 2023, I filed this *Motion to Withdraw as Counsel on Appeal* electronically with the Clerk of the United States Court of Appeals for the Sixth Circuit. The Court's ECF system will automatically generate and send by e-mail a Notice of Docket Activity to all registered attorneys participating in this case.

Additionally, on this 27th day of December, 2023, I mailed a copy of this *Motion to Withdraw as Counsel on Appeal*, postage prepaid, to:

    Phillip Durachinsky, #64573-060
    Mahoning County Jail
    110 Fifth Ave.
    Youngstown, OH 44503

                          /s/ Christian J. Grostic
                          Christian J. Grostic

                          *Counsel for Defendant-Appellant*
                          *Phillip Durachinsky*