## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: January 17, 2024

Mr. Kevin Michael Schad  
Federal Public Defender's Office  
250 E. Fifth Street  
Suite 350  
Cincinnati, OH 45202

Re: Case No. 23-4019, *USA v. Phillip Durachinsky*  
Originating Case No. : 1:18-cr-00022-1

Dear Counsel,

This confirms your appointment to represent the defendant in the above appeal under the Criminal Justice Act, 18 U.S.C. § 3006A.

You must file your appearance form and order transcript within 14 days of this letter. The appearance form and instructions for the transcript order process can be found on this court's website.

Finally, if you become aware that your client has financial resources not previously disclosed or is no longer eligible for appointed counsel under the Criminal Justice Act, please contact the Clerk or Chief Deputy for guidance.

Sincerely yours,

s/Ken Loomis  
Administrative Deputy  
Direct Dial No. 513-564-7067

cc: Ms. Gretchen S. Abruzzo  
   Mr. Phillip R. Durachinsky  
   Ms. Sandy Opacich  
   Mr. Matthew W. Shepherd