**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  August 12, 2024

Mr. Kevin Michael Schad
Federal Public Defender's Office
250 E. Fifth Street
Suite 350
Cincinnati, OH 45202

Mr. Matthew W. Shepherd
Office of the U.S. Attorney
801 W. Superior Avenue
Suite 400
Cleveland, OH 44113

Re:  Case No. 23-4019, *USA v. Phillip Durachinsky*
Originating Case No. 1:18-cr-00022-1

Dear Counsel,

   In light of the status report filed August 12, 2024, this matter will continue to be held in abeyance for another 30-day period. Counsel for the defendant to file status report or appropriate motion at the end of the abeyance period. Status report due **09/11/2024.**

Sincerely,

s/Gretchen S. Abruzzo
Case Manager
Direct Dial No. 513-564-7018