IN THE UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff/Appellee,                                  CASE NO.    23-4019

    vs.

PHILLIP DURACHINSKY,

    Defendant/Appellant.

## THIRD STATUS REPORT

Pursuant to this Court's order of June 12, 2024, Counsel for Appellant Durachinsky provides this third status report. On September 7, 2024, Judge Oliver of the Northern District of Ohio continued the planned competency hearing, re-setting it for September 24, 2024. The purpose of this extension was to allow the Government's expert to review Durachinsky's mental evaluation provided by Dr. McConnell. At this time, undersigned counsel requests that this Court continue to hold this matter in abeyance pending that hearing.

                                              Respectfully Submitted,

                                              JOSEPH MEDICI

2
Federal Public Defender

 /s/ Kevin Schad
Kevin M. Schad
Attorney for Appellant
Office of the Federal Public Defender
Southern District of Ohio
250 E. Fifth St.
Suite 350
Cincinnati OH 45202
(513) 929-4834
Fax (513) 929-4842
Kevin_schad@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was sent this 11th day of September, 2024, by ECF filing, to the office of the Assistant United States Attorney of record.

 /s/ Kevin Schad
Kevin Schad
Attorney for Appellant