

U.S. Department of Justice

*United States Attorney*
*Northern District of Ohio*

*United States Court House*
*801 West Superior Avenue, Suite 400*
*Cleveland, Ohio 44113-1852*

November 25, 2024

Ms. Kelly L. Stephens, Clerk
United States Court of Appeals
   for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

      Re:   Status Report in *United States v. Phillip Durachinsky*,
             Case No. 23-4019

Dear Ms. Stephens:

      On June 12, 2024, this Court held this appeal in abeyance for a period of 30 days pending the results of the Defendant's competency evaluation in case number 1:18CR22 in the Northern District of Ohio. This Court further ordered the Defendant to provide a status report at the conclusion of the abeyance period. Subsequent status reports were filed by the Defendant on July 10, 2024, August 12, 2024, and September 11, 2024. Each status report noted a continuation of the planned competency hearing and requested this matter continue to be held in abeyance until such time as the competency hearing could occur. This Court granted each request for a 30-day continuance.

      A competency hearing was held on September 24, 2024, before Judge Solomon Oliver, Jr. Expert witness testimony was presented and arguments were heard regarding the Defendant's competency. The matter was taken under advisement. On October 8, 2024, the Defendant submitted a fourth and final status report to this Court advising that the competency hearing had occurred and requesting that the briefing schedule be reset. The briefing schedule was reset on that day.

      On November 12, 2024, Judge Oliver found that the Defendant had not been

restored to competency but that there was a substantial probability that he could be restored to competency with further treatment. He ordered Durachinsky returned to the custody of the Attorney General for an additional period of restoration of four months. On November 20, 2024, the Defendant filed a notice of appeal of the November 12 order, which has been docketed as Case No. 24-4009 in this Court.

Sincerely,

REBECCA C. LUTZKO
United States Attorney

/s/ *Matthew W. Shepherd*
Matthew W. Shepherd
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
(216) 622-3859
(216) 522-7358 (facsimile)
E-mail: Matthew.Shepherd@usdoj.gov

Counsel for Plaintiff-Appellee

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of November 2024, a copy of the foregoing Status Report was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Matthew W. Shepherd*
Matthew W. Shepherd
Assistant United States Attorney