```
                          FILED
                         Apr 2, 2025
                    KELLY L. STEPHENS, Clerk
```

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 23-4019

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

PHILLIP R. DURACHINSKY,

    Defendant-Appellant.

Before: COLE, GRIFFIN, and NALBANDIAN, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Northern District of Ohio at Cleveland.

    THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

    IN CONSIDERATION THEREOF, it is ORDERED that the order of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk