**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 25, 2025

Ms. Sandy Opacich
Northern District of Ohio at Cleveland
801 W. Superior Avenue
Suite 100 Carl B. Stokes U.S. Courthouse
Cleveland, OH 44113-1830

    Re: Case No. 23-4019, *USA v. Phillip Durachinsky*
       Originating Case No. 1:18-cr-00022-1

Dear Ms. Opacich,

 Enclosed is a copy of the mandate filed in this case.

                Sincerely,

                s/Abby Hahn
                for Gretchen Abruzzo, Case Manager

cc: Mr. Phillip R. Durachinsky
   Mr. Kevin Michael Schad
   Mr. Matthew W. Shepherd

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-4019

_____

Filed: April 25, 2025

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

PHILLIP R. DURACHINSKY

      Defendant - Appellant

## MANDATE

   Pursuant to the court's disposition that was filed 04/02/2025 the mandate for this case hereby issues today.

COSTS: None